FILED

MAY 20 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLLINOIS
E. ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 25-30079-DWD |
| Plaintiff, ) | |
| ) | |
| vs. ) | Title 18, United States Code, |
| ) | Sections 2, 1343, 1349, 1956(a)(1)(B)(i), |
| TARA LEE DANIELS, ) | 1956(h), 1957. |
| ) | |
| Defendant. ) | |

## COUNT 1

### CONSPIRACY TO COMMIT WIRE FRAUD
### 18 U.S.C. § 1349

1. From in or about June 2021 through at least July 2021, in Madison County, within the Southern District of Illinois and elsewhere,

**TARA LEE DANIELS,**

defendant herein, knowingly and willfully conspired, combined and agreed with others known and unknown to the Grand Jury, to commit the crime of wire fraud through devising and intending to devise a scheme to defraud to obtain money and property by means of materially false and fraudulent pretenses, representations and promises through the use of and foreseeable use of interstate wire communications.

**General Allegations**

2. At all times relevant to the Indictment, **TARA LEE DANIELS** was an officer and registered agent of T&R Tractor Rentals LTD (T&R Tractor), a limited liability company, that. **DANIELS** established in Arkansas in 2019.

3. On or about January 27, 2020, **DANIELS** obtained from the Internal Revenue Service (IRS) an Employer Identification Number (EIN) for T&R Tractor.

4. On or about May 5, 2021, **DANIELS** opened a business account at Red River Federal Credit Union in Arkansas under the name "T&R Tractor Rentals," listing herself as the sole authorized signer and providing her personal address, phone number, and email address.

5. On or about June 16, 2021, **DANIELS** opened an account with Coinflip, a global digital currency platform for buying and selling cryptocurrency, stating that she was the owner of T&R Tractor Rentals LTD, a company that rents tractors, excavators, and sells building materials.

6. The Village of Glen Carbon (Glen Carbon), Illinois, a municipality in Madison County in the Southern District of Illinois, engaged in legitimate financial transactions with Midwest Meter, Inc., a vendor based in Edinburg, Illinois, for a major upgrade to its water supply infrastructure.

**The Scheme to Defraud**

7. From in or about June 2021 through at least July 2021, **DANIELS** and others known and unknown to the Grand Jury devised and participated in a scheme and artifice to defraud Glen Carbon and to obtain money by means of materially false and fraudulent pretenses, representations, and promises through a business email compromise (BEC) scheme.

8. The scheme involved impersonating Midwest Meter's employee via fraudulent emails sent to Glen Carbon's finance department, directing the municipality to update electronic funds transfer (EFT) information for payments owed to Midwest Meter.

9. On or about June 17, 2021, a fraudulent email from a Midwest Meter email account instructed Glen Carbon to change EFT information to an account at New York Community Bank. Subsequent emails on or about June 25, 2021, and July 6, 2021, provided updated EFT information for an account at Red River Federal Credit Union under the name "T&R Tractors," falsely claiming it was a subsidiary of Midwest Meter.

10. The July 6, 2021, email included attachments: a falsified W-9 form dated February

24, 2021, listing Midwest Meter but adding T&R Tractors as a subsidiary business name, and a forged letter on Midwest Meter letterhead authorizing T&R Tractors as a subsidiary, both containing routing and account numbers for accounts controlled by **DANIELS** and her co-conspirators.

11. Relying on these fraudulent representations, Glen Carbon attempted a payment of $647,795 on June 25, 2021, to an account at New York Community bank, which was rejected by the bank as "return to sender." Later that day, on June 25, 2021, an unknown co-conspirator then sent a fraudulent email from a Midwest Meter email account to Glen Carbon asking that the money be sent instead to the T&R Tractor account at Red River Federal Credit Union. On July 2, 2021, Glen Carbon again attempted a payment of $647,795, this time to the T&R Tractor account at Red River Federal Credit Union as instructed in the fraudulent email, and this transaction was also refused by the receiving institution. Later that day, on July 2, 2021, an unknown co-conspirator then sent a fraudulent email from a Midwest Meter email account to Glen Carbon asking them to confirm the rejected payment and requesting reprocessing of the payment. On July 9, 2021, Glen Carbon attempted the transaction again, this time successfully wiring $647,795 to the T&R Tractors account at Red River Federal Credit Union. On July 16, 2021, Glen Carbon wired an additional $21,770.46 to the same account, totaling $669,565.46 in fraudulently obtained funds.

12. In a series of three transactions, approximately $528,340 of these funds were transferred from the T&R Tractors account to a personal account at Red River Federal Credit Union in the name of Tara Lee Daniels, with a July 9, 2021, transfer of $290,230.00, a July 13, 2021, transfer of $216,110.00, and a July 16, 2021, transfer of $22,000.

13. From approximately July 9, 2021, to July 19, 2021, **DANIELS** withdrew some of the illegal proceeds as cash and sent the bulk of the fraudulently obtained funds to her Coinflip cryptocurrency account and to a Citibank account with the vendor name "Shark Billionaire Corp."

**DANIELS** withdrew $9,000 in cash on July 9, 2021. **DANIELS** wired to the Shark Billionaire account $48,450 on July 9, 2021, and $81,120 on July 12, 2021. **DANIELS** wired from her personal account to her Coinflip account $286,329 on July 12, 2021, $218,110 on July 13, 2021, and $21,720 on July 19, 2021. The Coinflip transfers were orders for conversions of United States currency to Bitcoin, which were transmitted to various cryptocurrency wallets. The July 12, 2021, Coinflip order showed that the Bitcoin went to a cryptocurrency account of a known individual in South Africa.

14. **DANIELS** communicated with co-conspirators, including an individual known as "Ricky," via phone calls and text messages, and received instructions to transfer funds, send cryptocurrency, and engage in other transactions to further the scheme.

**Object of the Conspiracy to Commit Wire Fraud**

15. The object of the conspiracy was to defraud Glen Carbon by impersonating Midwest Meter through fraudulent emails, inducing the municipality to wire payments to a fraudulent account controlled by **DANIELS**, and to convert those funds for the benefit of **DANIELS** and her co-conspirators.

**Manner and Means of the Conspiracy to Commit Wire Fraud**

16. The manner and means by which **DANIELS** and her co-conspirators sought to accomplish the object of the conspiracy included the following:

   a. Co-conspirators compromised Midwest Meter's email system, enabling the sending of fraudulent emails from their email system to Glen Carbon's finance department.

   b. **DANIELS** established and controlled the T&R Tractor account at Red River Federal Credit Union to receive fraudulently obtained funds.

   c. Co-conspirators sent fraudulent emails impersonating Midwest Meter, directing Glen Carbon to update EFT information to the T&R Tractor account, supported by

4

falsified documents, including a W-9 and a DBA (doing business as) letter.

    d.  **DANIELS** established and controlled the Coinflip account to convert fraudulently obtained funds to cryptocurrency and distribute to her co-conspirators.

    e.  **DANIELS** wired fraudulently obtained funds to a Citibank account with the vendor name "Shark Billionaire Corp."

    f.  **DANIELS** communicated with co-conspirators, including "Ricky," to receive instructions for transferring funds, converting funds, and engaging in other transactions to further the scheme.

All in violation of Title 18, United States Code, Section 1349.

## COUNTS 2-5

### WIRE FRAUD
### 18 U.S.C. § 1343

1. Paragraphs 2 through 14 of Count 1 are incorporated and realleged herein.

2. On or about the dates specified, in Madison County, within the Southern District of Illinois and elsewhere,

**TARA LEE DANIELS,**

defendant herein, for the purpose of executing the scheme and artifice to defraud described above, and attempting to do so, did knowingly transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce, the following wire communications,

| Count | Date of Offense | Description |
|---|---|---|
| 2. | June 25, 2021 | An attempted payment of $647,795 from Glen Carbon's Bank of Springfield account to an account at New York Community Bank. |
| 3. | July 2, 2021 | An attempted payment of $647,795 from Glen Carbon's Bank of Springfield account to T&R Tractor's Red River Federal Credit Union account. |
| 4. | July 9, 2021 | A payment of $647,795 from Glen Carbon's Bank of Springfield account to T&R Tractor's Red River Credit Union |

|   |   | account. |
|---|---|---|
| 5. | July 16, 2021 | A payment of $21,770.46 from Glen Carbon's Bank of Springfield account to T&R Tractor's Red River Credit Union account. |

All in violation of Title 18, United States Code, Section 1343.

### COUNT 6

### CONSPIRACY TO COMMIT MONEY LAUNDERING
### 18 U.S.C. § 1956(h)

1. The allegations in paragraphs 2 through 14 are incorporated herein.

2. From in or about June 2021 through at least July 2021, in Madison County, within the Southern District of Illinois and elsewhere,

### TARA LEE DANIELS,

knowingly and willfully conspired, combined and agreed with others known and unknown to the Grand Jury, to:

    a. Conduct and attempt to conduct financial transactions involving the proceeds of specified unlawful activity, namely wire fraud in violation of 18 U.S.C. § 1343, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds, and knowing that the property involved constituted the proceeds of specified unlawful activity, in violation of 18 U.S.C. § 1956(a)(1)(B)(i); and

    b. Engage and attempt to engage in monetary transactions involving property valued at more than $10,000 that was derived from specified unlawful activity, namely wire fraud in violation of 18 U.S.C. § 1343, in violation of 18 U.S.C. § 1957.

**Object of the Conspiracy to Commit Money Laundering**

3. The object of the conspiracy was to launder the proceeds of the wire fraud scheme

by transferring fraudulently obtained funds through multiple accounts and converting them to Bitcoin, thereby concealing the nature, source, and ownership of the proceeds.

**Manner and Means of the Conspiracy to Commit Money Laundering**

4. The conspiracy to commit money laundering was carried out through the following manner and means:

    a. **DANIELS** received fraudulently obtained funds into the T&R Tractor account at Red River Credit Union.

    b. **DANIELS** transferred portions of these fraudulently obtained funds to her personal account at Red River Credit Union.

    c. **DANIELS** wired portions of these fraudulently obtained funds to the Citibank "Shark Billionaire Corp" account.

    d. Using her Coinflip account, **DANIELS** converted portions of these fraudulently obtained funds to Bitcoin to send to co-conspirators.

    e. **DANIELS** communicated with co-conspirators, including "Ricky," to receive instructions for transferring funds and engaging in transactions to launder the proceeds.

**Overt Acts in Furtherance of the Conspiracy to Commit Money Laundering**

5. In furtherance of the conspiracy, and to effect the conspiracy's illegal objects, the defendants performed, participated in, and did the following acts, among others, in the Southern District of Illinois and elsewhere:

    a. On or about July 9, 2021, **DANIELS** received $647,795 from Glen Carbon's Bank of Springfield account in the Southern District of Illinois to the T&R Tractor Red River Credit Union account.

    b. On or about July 16, 2021, **DANIELS** received $21,770.46 from Glen

Carbon's Bank of Springfield account in the Southern District of Illinois to the T&R Tractor Red River Credit Union account.

All in violation of Title 18, United States Code, Section 1956(h).

A TRUE BILL

FOREPERSON

KEVIN F. BURKE
Assistant United States Attorney

Digitally signed by STEVEN WEINHOEFT
Date: 2025.05.18 20:19:18 -05'00'

STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: Release on conditions.